IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MOHAMMAD ENTEZAMPOUR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | |
| DAVID L. FREDERICK and | § | 3:95-CV1861-G |
| SABA UNIVERSITY SCHOOL | § | |
| OF MEDICINE, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff Mohammad Entezampour and Defendants David L. Fredrick and Saba University School of Medicine, having stipulated that they agree to the dismissal with prejudice of Plaintiff's cause of action against Defendants and Defendants' cause of action against Plaintiff, it is

ORDERED that the above-entitled and numbered cause be and the same hereby is dismissed with prejudice, each party to bear its own costs.

SIGNED this ____6____ day of __February_____, 1997.

_____
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - PAGE 1

APPROVED AS TO FORM AND SUBSTANCE:

_____
Michael E. McCue
  State Bar No. 13494150
MEADOWS, OWENS, COLLIER, REED,
  COUSINS & BLAU, L.L.P.
901 Main Street
3700 NationsBank Plaza
Dallas, Texas 75202
744-3700
747-3732  (FAX)

ATTORNEYS FOR PLAINTIFF


_____
Martin R. Griffin
  State Bar No. 08462800
LOCKE PURNELL RAIN HARRELL
(A Professional Corporation)
Texas Commerce Tower
2200 Ross Avenue - Suite 2200
Dallas, Texas 75201-6776
214-740-8000
214-740-8800  (FAX)

ATTORNEYS FOR DEFENDANTS

---